UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MATTHEW RUFFONI, aka @SDJeffy,<br><br>　　　　　　　Defendant. | Case No. __24-cr-01710-AGS__<br>　　　　　　24-mj-2904-VET<br><br>I N F O R M A T I O N<br><br>18 U.S.C. § 2251(a) – Attempted Production of Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2253(a) and (b) – Criminal Forfeiture |

　　The United States Attorney charges:

COUNT 1

　　Between or about July 11, 2024 and July 27, 2024, within the Southern District of California, defendant JOHN MATTHEW RUFFONI aka @SDJeffy, did knowingly attempt to employ, use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depictions of such conduct that was to be transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, the production of which involved the use of a minor, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2251(a).

FORFEITURE ALLEGATIONS

1. The allegation contained in Count 1 of this Information is realleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253(a).

2. Upon conviction of the offense alleged in Count 1, which involves a violation of Title 18, United States Code, Section 2251(a), defendant JOHN MATTHEW RUFFONI aka @SDJeffy, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a) all right, title and interest in:

    a. any visual depictions described in section 2252, and any matter which contains any such visual depictions;

    b. any property, real or personal, constituting or traceable to gross profits of the offense; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of said offense.

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property

of the defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Section 2253(a) and (b).

DATED: August 21, 2024

TARA K. McGRATH
United States Attorney

*[signature]*

EVANGELINE A. DECH
Assistant U.S. Attorney