UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>John Matthew RUFFONI ,<br><br>　　　　　　　　　Defendant. | Case No. 24-cr-1710-AGS<br><br>**ORDER ACCEPTING GUILTY PLEA** |

　　　Because no objections were filed, the Magistrate Judge's findings and recommendation are adopted, and this Court accepts defendant's guilty plea to count 1 of the Superseding Information.

Dated:　12/10/2024

_____
Hon. Andrew G. Schopler
United States District Judge