**VIKAS BAJAJ**
Law Office of Vikas Bajaj, APC
The Bajaj Building
2150 First Avenue, Suite 200
San Diego, California 92101
Phone: (619) 525-7005
Facsimile: (619) 232-0001
vbajaj@bajajlaw.com
California State Bar Number: 216464

Attorney for Defendant
**JOHN MATTHEW RUFFONI**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (THE HONORABLE ANDREW G. SCHOPLER)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | Case No. 24 CR 0710 AGS |
| Plaintiff, ) | |
| ) | **SENTENCING MEMORANDUM** |
| v. ) | |
| ) | Date: July 1, 2025 |
| **JOHN MATTHEW RUFFONI** ) | Time: 9:00 a.m. |
| Defendant. ) | |

## I.
## STATEMENT OF FACTS

Before the court is 65-year-old John Ruffoni. Mr. Ruffoni has accepted full responsibility and faces sentencing after pleading guilty to possession of child pornography.

Mr. Ruffoni is a proud father and husband with a market lack of criminal history. To be clear, his only interaction with the criminal justice system was in 2021, when he accepted responsibility for a misdemeanor prostitution charge. The prostitution case was dismissed after diversion was successfully completed on February 2, 2023. There is no dispute that this prostitution charge involved 2 consenting adults.

The plea agreement contemplates possession of over 600 images, which is an accumulation of duplicates found on his devices.

## II.

## MR. RUFFONI

Mr. Ruffoni is in a 35-year relationship with Nila, a retired program analyst in San Diego. They have two children, both of adult age; both are successful. He has instilled a strong work ethic in both of his children and is proud of the fact that he always pushed them to work hard and provide for themselves and their future families.

Mr. Ruffoni was the first person in his family to earn a college degree, and he still fills the role of an advisor for many family members. In 1990, he earned a master's degree in environmental studies and has used this as a springboard, which led to his ultimate role as a Senior Engineer and Project Manager at Northrop Grumman in San Diego.

He successfully filled his role in this employment for 17 years. Since graduating college, Mr. Ruffoni has been employed in a full-time work position. There was no indication that the performance of his duties in each role was anything less than exemplary.

Since his release from custody, he has been in continuous successful enrollment in sex offender therapy and has undergone a thorough psychological forensic examination by Dr. Loebenstein. Exhibit A.  The evaluation provides the conclusion that his risk for either any sexual offense recidivism or child pornography is low. It is clarified that alcohol may have been a disinhibiting factor coupled with the seemingly anonymity of the Internet.

He has followed the terms and conditions of pretrial release, other than an unannounced stop for a restroom break at a restaurant in between appointments. This stop lasted for two minutes. There is no indication of anything untoward occurring during that time.

His wife, his eldest daughter, and a friend of over 37 years, have written letters of support for Mr. Ruffoni. Exhibit B.  The clear color of these letters portrays an individual who always worked hard and instilled the same work ethic and ambition for success in

others. Most importantly, these letters provide evidence of acceptance of responsibility. The court and all parties concerned can be comfortable knowing that he has been open and honest with those near and dear to him, which is an indication of a risk of recidivism.

## III.
## SENTENCING ANALYSIS

According to the Plea Agreement in this case, the total Offense Level is 29, with a range of 78-97 months. The United States' Attorneys Office is requesting a sentence of 57 months in this case. The Defense asks for 15 months custody in this matter. This adequately considers the duplication of images leading to the over 600 images that are accounted for in the Plea Agreement. It also adequately considers his lack of criminal history and low chance of recidivism. Most importantly, it adequately contemplates his full compliance with sex offender therapy and willingness to continue the same. This is 65-year-old John Ruffoni's first experience with incarceration, and it will undoubtedly leave a permanent reminder to remain law abiding.

DATED: July 1, 2025                                    Respectfully Submitted,


/s/ Vikas Bajaj  
**VIKAS BAJAJ**  
Attorney for Defendant  
**JOHN MATTHEW RUFFONI**